UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:00CR88 (RNC) |
| RODNEY WRIGHT | : | December 21, 2005 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CHRISTINE SCIARRINO
    ATTORNEY BAR NO: CT03393
    ATTORNEY FOR THE DEPARTMENT OF JUSTICE
    UNITED STATES ATTORNEY'S OFFICE
    P. O. BOX 1824
    NEW HAVEN, CT  06508
    TELEPHONE: (203) 821-3700
    FAX: (203) 773-5392
    E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

     This is to certify that a copy of the foregoing was mailed postage prepaid on this 21st day of December, 2005 to:

Rodney Wright
Hartford, Connecticut 06112

_____
Christine Sciarrino