UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
United States of America,      :
                               :
          v.                   :
                               :
Rodney M. Wright,              :     DOCKET NO: 3:00CR0088 (RNC)
                               :
          and                  :
                               :
Otis Elevator                  :
Attn: Garnishment Department   :
1101 Kennedy Road              :
Windsor, CT 06095              :
                Garnishee.     :
```

**APPLICATION FOR
WRIT OF GARNISHMENT ON EARNINGS**

The United States of America, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the monetary Judgment entered against the Defendant in this action, which totaled $21,559.43.

Demand was made upon the Defendant not less than thirty (30) days prior to the filing of this Application.  The underlying nature of this debt is a Court Order for payment of restitution. The Defendant has failed to make any payment pursuant to said demand.  The total balance due as of December 21, 2005 is $19,574.43.

The Defendant, Rodney M. Wright's, last known address is xxxxxxxxx, Hartford, Connecticut 06112 and the defendant's social security number is xxx-xx-8811.

The Garnishee is believed to be an employer of the Defendant, or the Garnishee otherwise owes or will owe disposable earnings to the Defendant and said property is a substantial non

exempt interest of the defendant.

The name and address of the Garnishee or its authorized

agent is:

|  |  |
|---|---|
| name: | **Otis Elevator** |
| address: | **Attn: Garnishment Department** |
|  | **1101 Kennedy Road** |
|  | **Windsor, CT 06095** |
| phone: | **860-731-5900** |

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed postage prepaid on this 21st day of December, 2005 to:

Rodney Wright
Hartford, Connecticut 06112


_____
<u>Christine Sciarrino</u>