UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,                    :

                            v.               :

Rodney M. Wright,                            :          DOCKET NO: 3:00CR0088 (RNC)

          and                                :

Otis Elevator                                :
Attn: Garnishment Department                 :
1101 Kennedy Road                            :
Windsor, CT 06095                            :
                            Garnishee.        :

## APPLICATION FOR
## WRIT OF GARNISHMENT ON EARNINGS

The United States of America, makes an application in
accordance with 28 U.S.C. § 3205 (b)(1) to the United States
District Court to issue a Writ of Garnishment upon the monetary
Judgment entered against the Defendant in this action, which
totaled $21,559.43.

Demand was made upon the Defendant not less than thirty (30)
days prior to the filing of this Application.  The underlying
nature of this debt is a Court Order for payment of restitution.
The Defendant has failed to make any payment pursuant to said
demand.  The total balance due as of December 21, 2005 is
$19,574.43.

The Defendant, Rodney M. Wright's, last known address is
xxxxxxxxxx, Hartford, Connecticut 06112 and the defendant's
social security number is xxx-xx-8811.

The Garnishee is believed to be an employer of the
Defendant, or the Garnishee otherwise owes or will owe disposable
earnings to the Defendant and said property is a substantial non