UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,           :
                                    :
        v.                          :
                                    :
Rodney M. Wright,                   :    DOCKET NO: 3:00CR0088 (RNC)
                                    :
        and                         :
                                    :
Otis Elevator                       :
Attn: Garnishment Department        :
1101 Kennedy Road                   :
Windsor, CT 06095                   :
                Garnishee.          :

### ANSWER OF THE GARNISHEE

I, _____, BEING DULY SWORN DEPOSES AND SAYS:
   (affiant)

   IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name

of _____.
     state full name and address of business

   IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member of the Garnishee's partnership

   IF GARNISHEE IS A CORPORATION:

   That he/she is the _____ of Garnishee, a
                        (state official title)

corporation, organized under the laws of the State of _____

   On _____, 20___, Garnishee was served with the Writ of

Garnishment.

For the pay period in effect on the date of service:

Yes   No

✓   ___   1.   Defendant was in my/our employ.

2.   Pay period is ___ weekly, ___ bi-weekly, ✓ semi-monthly, ___ monthly.

_8/16/07_   Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

_8/31/07_   Enter date above pay period ends.

3.   Enter amount of net wages.   Calculate below:

(a) Gross Pay                         $ 1842.29

(b) Federal income tax               $ 205.32

(c) F.I.C.A income tax               $ 132.65

(d) State income tax                 $ 76.53

Total of tax withholdings            $ 439.50

Net Wages                            $ 1389.16 *
(less total of b,c,d)

**\*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.**

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim:_____

_____

2

** Check 1 and/or 2 if applicable**

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Rodney M. Wright,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____ at
                                    (date)

_____
(state street address, city, state and zip code)

or hand delivered to _____
                          (state actual address of where it was hand delivered)

on _____
     (date)

_____
(Affiant's signature)

Subscribed and sworn to before me this 5 day of SEPT. 2007 .

_____
Notary Public

My Commission expires: _____

3

The *Original Answer* must be mailed to:

> United States District Court
> Office of the Clerk
> 450 Main Street
> Hartford, Connecticut 06103

Mail the check (made payable to the *U. S. District Court)*

Send a *Copy* of this Answer to:

> United States Attorney
> Connecticut Financial Center
> 157 Church Street
> New Haven, Connecticut 06510
> Attn:  Financial Litigation Unit

4