Mail your original Request to:

>United States District Court
>Office of The Clerk
>450 Main Street
>Hartford, Connecticut 06103

Send a copy of your request to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut  06510
>(203) 821-3700

>Attn: Christine Sciarrino
>Assistant United States Attorney

## C E R T I F I C A T I O N

I, Rodney M. Wright, Defendant hereby certify that I mailed the Request for Hearing on Wage Garnishment to the Clerk, United States District Court, 450 Main Street, Hartford, Connecticut 06103, and mailed copies to Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510 and to Otis Elevator, Attn: Garnishment Department, 1101 Kennedy Road Windsor, CT 06095 on this 24th day of October, 2009.

_____
Rodney M. Wright

3

I request a hearing for the following reason(s):

_____  1. The nonexempt earnings statement is incorrectly filled out.

___X___  2. I do not owe the money to the Government as it says I do.

___X___  3. Other: Adjustment to the current percentage being taken from wages

_____  4. I request that this proceeding be transferred to _____ because _____

_____  5. I claim the following exemption(s):

Date: 10/24/07

Signature

Rodney Wright
Type or print full name

130 Westbourne Pkwy
Home address

Hartford CT 06112
City, State, Zip Code

(860) 614-4700
Home phone number

_____
Work phone number

Docket NO: 3:00CR00088

2